IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEW HORIZONS COMPUTER LEARNING CENTER, INC., <br><br> and <br><br> NEW HORIZONS EDUCATION CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> ALPHA TECHNOLOGY CONCEPTS, INC., d/b/a New Horizons Computer Learning Center of St. Louis, <br><br> and <br><br> THOMAS WILKERSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) *So ordered* [signature] <br> ) Case No.: 05CV00489RWS  7/18/05 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CONSENT JUDGMENT

THIS COURT, having been fully advised of the premises, with the full consent of the parties to this case, hereby enters this JUDGMENT in favor of Plaintiffs and against Defendant, Alpha Technology Concepts, Inc. d/b/a New Horizons Computer Learning Center of St. Louis, as follows:

Judgment on Counts I, II and III in favor of Plaintiffs and against Defendant, Alpha Technology Concepts, Inc., for the sum of $519,160.00.

SO ORDERED:

_____
United States District Judge

STIPULATED AND AGREED:

_____
Steven H. Schwartz, attorney for Plaintiffs

_____
Tom Wilkerson, President of Defendant Alpha Technology Concepts, Inc.

_____
David Waltrip, attorney for Defendant Alpha Technology Concepts, Inc.

#7768537

2